UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SKYWATCHER, LLC
d/b/a QUALITY SOLAR, LLC,

    Plaintiff,                                          Hon. Phillip J. Green

v.

                                                     Case No. 1:19-CV-409

GREGORY OLIVER, et al.,

    Defendants.
_____/

## ORDER AND JUDGMENT

Consistent with the Opinion filed this day, Defendants' Motion for Summary Judgment (ECF No. 71) is granted in part and denied in part. Plaintiff's claims against Defendants Oliver and Agathon are hereby dismissed, Defendant Oliver's motion for attorney's fees is denied, and this matter is terminated.

**IT IS SO ORDERED**.

Date: August 20, 2020                                    /s/ Phillip J. Green
                                                                  PHILLIP J. GREEN
                                                                  United States Magistrate Judge